[No. 19087-1-III.   Division Three.   February 22, 2001.]

ETHEL H. MARSH, *Appellant*, v. CARLINA N. RAPALLI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03022-7, Ellen K. Clark, J., entered January 7, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Schultheis and Kato, JJ.

[No. 22471-2-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS J. CENCICH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00100-9, Daniel J. Berschauer, J., entered September 19, 1997. *Reversed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Morgan and Houghton, JJ.

[No. 24029-7-II.   Division Two.   February 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE ANN SURFACE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00717-3, Don L. McCulloch and Randolph Furman, JJ., entered November 13, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.